```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X
HUGH JENNINGS,

                       Plaintiff,

        -against-                              MEMORANDUM & ORDER
                                               12-CV-2395(JS)(AKT)
HEMPSTEAD POLICE DEPARTMENT; NASSAU
COUNTY CORRECTIONAL FACILITY;
OFFICER DAVIS, HEMPSTEAD POLICE
DEPARTMENT; DET. S. HOROWITZ,
SHIELD # 33, HEMPSTEAD POLICE
DEPARTMENT; and DET. THOMAS SALERNO,

                       Defendants.
-------------------------------------X
APPEARANCES
For Plaintiff:        Hugh Jennings, pro se
                      #13-R-0275
                      Lakeview Shock Incarceration
                        Correctional Facility
                      PO Box T
                      Brocton, NY 14716

For Defendants:
Hempstead Police
Dep't:                Debra Ann Urbano-DiSalvo, Esq.
                      Village of Hempstead Attorney's Office
                      99 Nichols Court
                      P.O. Box 32
                      Hempstead, NY 11551

Nassau County
Correctional
Facility:             Pablo A. Fernandez, Esq.
                      Liora M. Ben-Sorek, Esq.
                      Nassau County Attorney's Office
                      One West Street
                      Mineola, NY 11501

Remaining
Defendants:           No appearances.
```

SEYBERT, District Judge:

Pro se plaintiff Hugh Jennings ("Plaintiff") has failed to update his address with the Court.  Accordingly, the Court issued a Notice of Impending Dismissal for Failure to Prosecute on February 5, 2014.  (Docket Entry 43.)  Plaintiff has not responded, and his mail has been returned as undeliverable.  (Docket Entry 44.)

IT IS HEREBY ORDERED that the case be DISMISSED WITHOUT PREJUDICE for lack of prosecution, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  The Clerk of Court is directed to terminate all pending motions and to mark the case closed.

SO ORDERED.


/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:    March    10   , 2014
          Central Islip, NY

2